# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE UNITED STATES' MOTION FOR AN ORDER UNSEALING SEARCH WARRANT AND RELATED PAPERS** | : CASE NO: 3:22-mj-365<br>:<br>: JUDGE CAROLINE H. GENTRY<br>:<br>: ORDER UNSEALING SEARCH<br>: WARRANT AND RELATED PAPERS |

Upon the Motion of the United States and for good cause shown, it is **ORDERED** that the above-captioned case be unsealed.

HONORABLE CAROLINE H. GENTRY
UNITED STATES MAGISTRATE JUDGE